Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000487
21-OCT-2016
07:44 AM

NO. CAAP-16-0000487

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAYSON P.M. ASANO, JR., Plaintiff-Appellee,
v.
ALTRES, INC., Defendant-Appellant,
and
MOLOKAI COMMUNITY SERVICE COUNCIL, INC., Defendant-Appellee,
and
JOHN AND MARY DOES 1-10, DOE CORPORATIONS,
PARTNERSHIPS OR OTHER ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2118)

ORDER APPROVING THE OCTOBER 4, 2016
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed October 4, 2016, by Defendant-Appellant Altres, Inc., the papers in support, and the record, it appears that (1) the appeal was docketed on June 29, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, October 21, 2016.


Chief Judge


Associate Judge


Associate Judge